

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. AP-77,038

### US CARNELL PETETAN, JR., Appellant

### v.

### THE STATE OF TEXAS

## ON REHEARING UPON COURT'S OWN MOTION
## FROM CAUSE NO. 2012-2331-C1 IN THE 19TH DISTRICT COURT
## McLENNAN COUNTY

KELLER, P.J., filed a dissenting opinion in which KEASLER and HERVEY, JJ., joined.

Appellant has filed a motion for rehearing, but it does not raise a claim based upon *Moore v. Texas*,[1] and it does not make any claim relating to the *Briseno* factors—despite the fact that *Moore* was decided shortly after we handed down our opinion in this case. In our opinion, we made a point of saying that appellant's mental retardation claim would fail even without considering the *Briseno* factors.[2] Given that fact and appellant's decision not to raise *Moore* or *Briseno*, I see no reason to grant rehearing on our own motion. I respectfully dissent.

Filed: October 18, 2017
Do not publish

---

[1] 137 S. Ct. 1039 (2017).

[2] *Petetan v. State*, No. AP-77,038, 2017 Tex. Crim. App. LEXIS 286, *15 n.30, *76-78, 82 (Tex. Crim. App. March 8, 2017).